**LITTLER MENDELSON, P.C.**
Jonathan M. Carrillo (N.J. Bar No. 032272012)
jcarrillo@littler.com
Anastasia Stylianou (N.J. Bar No. 198022017)
astylianou@littler.com
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700
*Attorneys for Defendant*
*Six Flags Great Adventure LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUBINA KELLEY and RHONDA RUTAN, <br><br> Plaintiffs, <br><br> v. <br><br> SIX FLAGS GREAT ADVENTURE; JOHN DOES, 1-10; ABC ENTITIES 1-10; (Fictitious names representing individuals, employees, agents and/or servants, partnerships, professional associations, limited liability corporations and/or corporations who have either been misidentified and/or omitted and whose conduct contributed to or caused the damages sustained herein by Plaintiff.), <br><br> Defendants. | Civil Action No. 3:25-cv-16710 <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** <br><br> *__Electronically Filed__* |

Pursuant to Rule 7.1, Defendant Six Flags Great Adventure LLC ("improperly pleaded as "Six Flags Great Adventure"), through its counsel, Littler Mendelson, P.C., hereby discloses that Six Flags Great Adventure LLC is a limited liability company (a citizen of Delaware and North Carolina for purposes of diversity jurisdiction) whose sole member is Six Flags Theme Parks Inc., which is wholly owned by Six Flags Operations Inc., which is a wholly owned subsidiary of Six Flags Entertainment Corporation which is publicly traded.

**LITTLER MENDELSON, P.C.**
*Attorneys for Defendant*
*Six Flags Great Adventure LLC*


By: _ /s/ Anastasia Stylianou _____
            Jonathan M. Carrillo
            Anastasia Stylianou

Dated:    October 17, 2025

### CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a copy of the attached Rule 7.1 Corporate

Disclosure Statement to be served on Plaintiff and all counsel of record via electronic filing.


*/s/ Anastasia Stylianou*
Anastasia Stylianou

Dated: October 17, 2025